

FILED

SEP 29 2017

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PHILIP CARDAN,<br><br>Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE COMPANY; USI ADMINISTRATORS, INC.; CBCA ADMINISTRATORS, INC.; NATIONAL EMPLOYEE BENEFIT COMPANIES, INC.; AmWINS GROUP BENEFITS, INC.; and AmWINS GROUP, INC,<br><br>Defendant. | CV 16–102–M–DLC<br><br>ORDER |

Pursuant to the Parties' Joint Stipulation to Dismiss, with Prejudice (Doc. 73),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The bench trial set for March 26, 2018, is VACATED.

DATED this 29th day of September, 2017.

Dana L. Christensen, Chief District Judge
United States District Court